UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON, | No. 2:05-cv-2215-MCE-DAD |
|     Plaintiff, | |
|   v. | **ORDER RE: SETTLEMENT AND DISPOSITION** |
| ALEX TODEREAN, individually and dba GIARDINO DI CAFFE; and DOES 1 through 10, inclusive, | |
|     Defendants. | |

Pursuant to the representations of the attorney for plaintiff, the court has determined that this case is settled.

In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before June 1, 2006.

///
///
///
///
///
///

Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel as well as any party or parties who cause non-compliance with this order.

IT IS SO ORDERED.

DATED: May 17, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE