SCOTT N. JOHNSON, ESQ., SBN 166952
Law Offices of SCOTT N. JOHNSON
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Alex Toderean; and DOES 1 through 10, inclusive,<br><br><br><br>　　　　Defendants | Case No.: 2:05-cv-2215-MCE-DAD<br><br>**APPLICATION AND ORDER RE REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS** |

TO THE COURT AND ALL PARTIES:

　　The parties in this matter have settled this case.  The Court ordered all dispositional documents to be filed by August 31, 2006.  Plaintiff's Counsel respectfully requests an extension until November1, 2006 to file dispositional documents due to the fact that Defendant's Counsel (Mark David DeSantis) has not been able to contact his client for review of the terms of our proposed settlement agreement and will not be able to contact his client until October 19, 2006, due to the fact that Defendant has been on vacation overseas in Italy.

1
APPLICATION AND ORDER RE REQUEST FOR EXTENSION
　　　　　　　　　　　　　　　CIV: S-05-2215-MCE-DAD

Dated: September 20, 2006

LAW OFFICES OF SCOTT N. JOHNSON

/s/Scott N. Johnson
SCOTT N. JOHNSON
Plaintiff, In Pro Per

**ORDER**

IT IS HEREBY ORDERED THAT dispositional documents shall be filed no later than November 1, 2006

Dated: September 22, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE